# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| DAVID ESLAVA, et al | * |
| Plaintiffs, | * |
| v. | *  CIVIL ACTION NO.: 04-297-KD-B |
| GULF TELEPHONE COMPANY, INC., et al. | * |
| Defendants. | * |

_____

## PLAINTIFFS' THIRD AMENDED COMPLAINT
_____

COME NOW the Plaintiffs in the above-styled cause and substitute Tim Stark for Plaintiffs Robert Kaiser, Jon Hartman and Tom Faison who are to be dismissed as Plaintiffs. Plaintiffs also adopt and incorporate the allegations set forth in Plaintiffs' Second Amended Complaint.

Respectfully submitted,

s/ Thomas H. Benton, Jr. (BENTT7091)
MCFADDEN, LYON & ROUSE, L.L.C.
718 Downtowner Boulevard
Mobile, Alabama 36609
Telephone: (251) 342-9172
Facsimile:  (251) 342-9457
Email: tbenton@mlrlawyers.com

s/Mark Kirkpatrick (KIRKR7609)
COALE, DUKES, KIRKPATRICK
 & CROWLEY, P.C.
2610-B Dauphin Street, Suite 101
Mobile, Alabama 36606
Telephone: (251) 471-2625
Facsimile: (251) 471-2139
Email: mkirkpatrick@cdklaw.com

                              s/ Joseph A. Garofolo
                              LAW OFFICE OF JOSEPH A. GAROFOLO
                              88 King Street, Suite 806
                              San Francisco, California 94107
                              Telephone: (415) 517-5307
                              Facsimile:   (415)-348-1515
                              Email: erisalaw@sbcglobal.net

*Attorneys for Plaintiffs David Eslava, Robert Kaiser, Jon Hartman, and Thomas Faison*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 13, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send notification of such filing to the following:

Donald J. Aho, daho@millermartin.com; cmdonald@millermartin.com; rwomack@millermartin.com

Jenny C. Baker, jbqaker@mwe.com

Michael H. Boles, boles@copelandfranco.com; moseley@copelandfranco.com

Scott Ashley Boykin, sboykin@burr.com; lparker@burr.com

Gregory B. Braden, gbraden@morganlewis

Lee H. Copeland, copeland@copelandfranco.com; mosley@copelandfranco.com

Christopher A. Crevassee, ccrevasse@millermartin.com; mstratton@millermartin.com

Joseph A. Garofolo, erisalaw@sbcglobal.net

Michael T. Graham, mgraham@mwe.com

William H. Hardie, whh@johnstoneadams.com; service@johnstoneadams.com

Shannon L. Holliday, holliday@copelandfranco.com; smith@copelandfranco.com

R. Mark Kirkpatrick, mkirkpatrick@cdklaw.com; amullins@cdklaw.com

Joseph W. Letzer, jletzer@burr.com; cdyer@burr.com

Paul F. Linn, pflinn@mbf-law.com; amgelhaus@mbf-law.com; aekeller@mbf-law.com

*3*

James David Martin, martin@copelandfranco.com; mosley@copelandfranco.com

Leslie M. Bassett, leslie.bassett@alston.com; hvonthielen@alston.com

Emit Luther McCafferty, III, mmcafferty@vickersriss.com; cmiller@vickersriis.com

John C. Morrow, jmorrow@burr.com; tmoore@burr.com

Donald F. Pierce, dpierce@pierceledyyard.com; dvank@butlerpappas.com

John Chas Pierce, jpierce@butlerpappas.com; bedwards@butlerpappas.com

    Done this the 13th day of September, 2007

                                   s/ Thomas H. Benton, Jr.